6/15/2021 Sheehan & Associates, P.C. Mail - Activity in Case 7:21-cv-00270-KMK Turk v. Rubbermaid Incorporated Response to Motion

Case 7:21-cv-00270-KMK Document 18-1 Filed 06/16/21 Page 1 of 3



Spencer Sheehan <spencer@spencersheehan.com>

## Activity in Case 7:21-cv-00270-KMK Turk v. Rubbermaid Incorporated Response to Motion
3 messages

---

**NYSD_ECF_Pool@nysd.uscourts.gov**     Fri, May 28, 2021 at 3:40 PM
<NYSD_ECF_Pool@nysd.uscourts.gov>
To: CourtMail@nysd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Sheehan, Spencer on 5/28/2021 at 3:40 PM EDT and filed on 5/28/2021

| | |
|---|---|
| **Case Name:** | Turk v. Rubbermaid Incorporated |
| **Case Number:** | 7:21-cv-00270-KMK |
| **Filer:** | Lori Marie Turk |
| **Document Number:** | 14 |

## Docket Text:
**LETTER RESPONSE to Motion addressed to Judge Kenneth M. Karas from Spencer Sheehan dated May 28, 2021 re: [11] LETTER MOTION for Conference** *regarding Defendant's Proposed Motion to Dismiss* **addressed to Judge Kenneth M. Karas from Brett F. Clements dated 5/24/2021. . Document filed by Lori Marie Turk..(Sheehan, Spencer)**

**7:21-cv-00270-KMK Notice has been electronically mailed to:**

Brett Franklin Clements     bclements@schiffhardin.com

6/15/2021 Sheehan & Associates, P.C. Mail - Activity in Case 7:21-cv-00270-KMK Chung v. Rubbermaid Incorporated Response to Motion

Case 7:21-cv-00270-KMK Document 18-1 Filed 06/16/21 Page 2 of 3

James Chung &nbsp &nbsp jchung_77@msn.com

Spencer Sheehan &nbsp &nbsp spencer@spencersheehan.com, 1382979420@filings.docketbird.com, docketing@spencersheehan.com

**7:21-cv-00270-KMK Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=5/28/2021] [FileNumber=25968629-0] [1708210cc7c6fe52730d651772f52b356b74246452588ef7c85bff72c9a030026bcd9107abd1acd55699b4de22dc3d047daaecec3b330a3b1dc8e345e891d0aa]]

---

**Spencer Sheehan** <spencer@spencersheehan.com>    Tue, Jun 15, 2021 at 9:36 AM
To: Spencer Sheehan <szivan@spencersheehan.com>, "bclements@schiffhardin.com" <bclements@schiffhardin.com>

Good morning Brett,

This amended complaint was supposed to be filed yesterday. Due to calendaring mistake, it was not filed. Would defendant consent to plaintiff filing this complaint today? Thank you.

Spencer
[Quoted text hidden]
--
Spencer Sheehan
Sheehan & Associates, P.C.
60 Cuttermill Rd Ste 409
Great Neck, NY 11021

Tel. (516) 268-7080
Fax (516) 234-7800
Mobile (516) 236-6456

Sent from Gmail Mobile on iPhone

---

**Clements, Brett** <BClements@schiffhardin.com>    Tue, Jun 15, 2021 at 11:47 AM
To: Spencer Sheehan <spencer@spencersheehan.com>, Spencer Sheehan <szivan@spencersheehan.com>
Cc: "Krasovec, Joseph" <jkrasovec@schiffhardin.com>, "Skinner, Jeffrey D." <JSkinner@schiffhardin.com>, "Chamilova, Mariam" <MChamilova@schiffhardin.com>

6/15/2021 Sheehan & Associates, P.C. Mail - Activity in Case 7:21-cv-00270-KMK Turk v. Rubbermaid Incorporated Response to Motion

Case 7:21-cv-00270-KMK   Document 18-1   Filed 06/16/21   Page 3 of 3

Spencer,

Defendant consents to Plaintiff filing the Amended Complaint today.

Thanks,

Brett

**From:** Spencer Sheehan [mailto:spencer@spencersheehan.com]
**Sent:** Tuesday, June 15, 2021 9:37 AM
**To:** Spencer Sheehan <szivan@spencersheehan.com>; Clements, Brett <BClements@schiffhardin.com>
**Subject:** [EXT] Fwd: Activity in Case 7:21-cv-00270-KMK Turk v. Rubbermaid Incorporated Response to Motion

**CAUTION:** External email.

[Quoted text hidden]

```
------------------------------------------------------------------
This message and any attachments may contain confidential
information protected by the attorney-client or other privilege.
If you believe that it has been sent to you in error,
please reply to the sender that you received the message in
error. Then delete it. Thank you.
------------------------------------------------------------------
```